CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant DAVID REPETTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 16-CR-00504-JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| vs. | |
| DAVID REPETTO, | |
| Defendant. | |

Because there have been issues in getting David Repetto a copy of his Pre-Sentence Report, and for the convenience of counsel and probation, sentencing in this matter is continued until October 6, 2017. After consulting with probation, and the Court's calendar, the parties stipulate and agree to continue the sentencing in this matter until October 6, 2017.

**SO STIPULATED**

Dated: September 15th, 2017
/s/
Christopher J. Cannon
Attorney for DAVID REPETTO

Dated: September 15th, 2017
/s/
Andrew Dawson
Assistant United States Attorney

**SO ORDERED**

Good cause appearing by stipulation of the parties and for effective preparation of counsel, the sentencing in this matter is continued to October 6, 2017.

Dated: September 20, 2017

Jon S. Tigar
United States District Court Judge