Christopher J. Cannon
State Bar No. 88034
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
E-mail: chris@sugarmanandcannon.com

Attorney for Defendant,
    DAVID REPETTO

**FILED**

Feb 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID REPETTO<br><br>    Defendant. | Case No. 4:16-cr-00504-JST<br><br>**STIPULATION AND ORDER TO CONTINUE COURT DATE UNTIL FEBRUARY 19, 2025** |

After consultation with probation, and counsel for the United States and for the defendant, it is hereby stipulated that the court date currently set for February 6, 2025, be continued until February 19, 2025, so that the parties may obtain a police report and see if Repetto may be placed in a drug treatment program.

IT IS SO STIPULATED.

DATED: February 4, 2025          /s/ Lloyd Farnham
                                 Lloyd Farnham
                                 Assistant United States Attorney

DATED: February 4, 2025          /s/ Christopher J. Cannon
                                 Christopher J. Cannon
                                 Counsel for David Repetto

**IT IS SO ORDERED.**

DATE: February 5, 2025

                                 The Honorable Donna M. Ryu
                                 Chief Magistrate Judge